**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN ELIAS BAEZ** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7654** |
| | : | |
| **Acting Attorney Gen. TODD BLANCHE, et al.** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 13th day of October, 2026, upon consideration of John Elias Baez's Petition for Writ of Habeas Corpus (ECF No. 1) and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release John Elias Baez from custody.

2. In doing so, Respondents shall not subject Petitioner to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.

3. Respondents shall return Petitioner's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of his release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on October 14, 2026.

5. Respondents are temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

6. If, after the seven-day period, Respondents choose to pursue re-detention of Petitioner, they must demonstrate through constitutionally adequate procedures that detention is authorized and warranted, including an individualized custody determination and a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

7. The Clerk of Court is directed to mark this case as **CLOSED**.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**